AWL:awl

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  07-80021-CR-GAYLES(s)

UNITED STATES OF AMERICA,

vs.

KERRI L. KALEY,

       Defendant.
_____/

### SUR-RESPONSE BY UNITED STATES IN SUPPORT OF DEFENDANT KALEY'S MOTION TO LIFT PROTECTIVE ORDERS

The United States of America, by and through the undersigned Assistant United States Attorney, responds, now **in support** of Defendant, Kerri L. Kaley's Motion to Lift Protective Orders [DE 596]. While it is apparent that there was no meeting of the minds between the United States and Defendant regarding the treatment of the Certificate of Deposit ending in "2727," [DE 599, 600[1]], for purposes of resolving *this* forfeiture matter without further litigation or delay, the

---

[1] The United States disputes many of the assertions and conclusions contained in Defendant Kerri Kaley's filings, including the Reply in Support of Kerri Kaley's Motion to Lift Protective Orders [DE 600]. One that must be addressed is contained in Docket Entry 600, note 1, in which Defendant alleges that "The government told the defense that it could not stop victims from trying to attach the house during a restitution proceeding but that it was not the government's intention to kick the Kaleys out of their home and that *the government would not seek to enforce any restitution order against the house*." (Emphasis supplied) [DE 600, p.1].  The United States has made clear to the Defendant that the United States cannot abrogate its responsibilities as contained in 18 U.S.C. § 3771, including  § 3771(a)(6), the right of a crime victim "to full and timely restitution as provided in law."

-2-

United States accedes to the relief requested in Defendant Kerri L. Kaley's Motion to Lift Protective Orders [DE 596].

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

By:   *s/Alison W. Lehr*
      Alison W. Lehr
      Assistant United States Attorney
      Fla. Bar No.  444537
      99 N.E. 4th Street, 7th Floor
      Miami, Florida 33132-2111
      Tel:  (305) 961-9176
      Fax: (305) 536-7599
      Alison.Lehr@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2016, the undersigned electronically filed the foregoing *Sur-Response By United States In Support Of Defendant Kaley's Motion To Lift Protective Orders,* with the Clerk of the Court.

        *s/Alison W. Lehr*
        Alison W. Lehr
        Assistant United States Attorney